ACCEPTED
06-14-00224-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/4/2015 11:33:19 AM
DEBBIE AUTREY
CLERK

06-14-00224-CR

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/4/2015 11:33:19 AM
DEBBIE AUTREY
Clerk

—————————————

FRANJESSICA WILLIAMS,
Appellant

v.

THE STATE OF TEXAS,
Appellee

—————————————

STATE'S FIRST MOTION FOR EXTENSION OF
TIME TO FILE THE STATE'S BRIEF

—————————————

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, through the District Attorney of Dallas County, Texas, and respectfully requests that this Court extend the time for the filing of the State's brief.'

The court below is the 282nd Judicial of Dallas County, Texas. Appellant was convicted of the felony offense of injury to a child in F14-00534. Appellant filed his notice of appeal on December 4, 2014. Appellant's brief was filed on April 1, 2015. Accordingly, the deadline for filing the State's brief is May 1, 2015. Due to the undersigned counsel's current direct appeal docket, the State respectfully requests an extension of thirty (30) days, up to and including May 30th, to file its brief.

_____

*I See* Tex. R. App. P. 38.6(d).

1

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Court, pursuant to its inherent power to suspend the rules of appellate procedure as set forth in Rule 2 of the Texas Rules of Appellate Procedure, grant the State an extension of time for the filing of the State's brief

Respectfully submitted,

Susan Hawk
Criminal District Attorney
Dallas County, Texas

**Bryn** '44 arrison
State Bar No. 24065276
Assistant District Attorney
Dallas County District Attorney's Office
133 N. Riverfront Blvd., LB 19
Dallas, Texas 75207-4399
(214) 653-3600 (telephone)
(214) 653-3643 (fax)
Brian.Garrison@dallascounty.org

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion has been served on Appellant's Counsel on Appeal, the Hon. Allan Fishburn, 211 N. Record St., Ste 450, Dallas, TX 75202 by electronic service on this the 4th day of May, 2015.


_G. Brian Garrison_
**G. Brian Garrison**